FILED

JUL 09 2020 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20 CR 331 |
| v. | Violation: Title 18, United States Code, Section 371 |
| FERMIN OCAMPO-TELLEZ, DIEGO VARGAS, and MICHAEL GOMEZ | JUDGE KENNELLY<br>MAGISTRATE JUDGE GILBERT |

The SPECIAL MAY 2019 GRAND JURY charges:

1. On or about May 31, 2020, the Federal Deposit Insurance Corporation insured the deposits of First Midwest Bank, which owned and operated an automated teller machine ("ATM") located at 2 South Broadway, Aurora, Illinois.

2. On or about May 31, 2020, at Aurora, Illinois, in the Northern District of Illinois, Eastern Division,

FERMIN OCAMPO-TELLEZ,
DIEGO VARGAS, and
MICHAEL GOMEZ,

defendants herein, conspired with each other, and with others unknown, to commit an offense against the United States, namely, to take and carry away, with the intent to steal money exceeding $1,000 in value belonging to, and in the care, custody, control, management, and possession of First Midwest Bank, namely, the United States currency stored in the First Midwest Bank ATM located at 2 South Broadway, Aurora, Illinois, in violation of Title 18, United States Code, Section 2113(b).

3. It was part of the conspiracy that defendants agreed to break into the First Midwest Bank ATM in order to steal the United States currency stored in the

ATM.

## Overt Acts

4. In furtherance of, and to effect the object of, the conspiracy, defendants committed and caused to be committed the following overt acts, among others, in the Northern District of Illinois:

    a. On or about May 31, 2020, defendant FERMIN OCAMPO-TELLEZ used a baseball bat to attempt to break into the ATM and steal the United States currency stored in the ATM;

    b. On or about May 31, 2020, defendant FERMIN OCAMPO-TELLEZ grabbed onto the ATM, along with others, and used their weight to try to move the ATM from where it was anchored, all in an attempt to break into the ATM and steal the United States currency stored in the ATM;

    c. On or about May 31, 2020, defendant DIEGO VARGAS grabbed onto the ATM, along with others, and used their weight to try to move the ATM from where it was anchored, all in an attempt to break into the ATM and steal the United States currency stored in the ATM; and

    d. On or about May 31, 2020, defendant MICHAEL GOMEZ grabbed onto the ATM, along with others, and used their weight to try to move the ATM from where it was anchored, all in an attempt to break into the ATM and steal the United States currency stored in the ATM;

In violation of Title 18, United States Code, Section 371.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY